# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### MONROE DIVISION

| | |
|---|---|
| ELIZABETH ANN GAYLE | CIVIL ACTION NO. 24-0985 |
| VERSUS | JUDGE ELIZABETH E. FOOTE |
| FRANK J. BISIGNANO, COMMISSIONER, U.S. SOCIAL SECURITY ADMIMISTRATION | MAGISTRATE JUDGE MCCLUSKY |

## J U D G M E N T

For the reasons assigned in the Report and Recommendation of the Magistrate Judge [Record Document 13] previously filed herein, and having thoroughly reviewed the record, including the written objections filed [Record Document 15], and concurring with the findings of the Magistrate Judge under the applicable law;

It is ordered that the Commissioner's decision to deny benefits is **AFFIRMED**.

**THUS DONE AND SIGNED**, this 26th day of September, 2025.

_____
ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE